IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_Carolyn Patton_
Plaintiff

vs.      * Civil Action No. _____

_Schpeck Stillman LLC_
Defendant

\*\*\*\*\*\*

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff hereby requests leave, pursuant to 28 U.S.C. §1915, to proceed "*in forma pauperis*" (without prepayment of costs). In support of this motion, plaintiff attaches an affidavit.

Signature
_Carolyn Patton_
Name (Print or Type)

P.O. Box 935
Address

Glen Burnie, MD 21060
City/State/Zip

443-607-8901          N/A
Phone No.              Fax No.

U.S. District Court (10/25/2007) -
Motion for Leave to Proceed "In Forma Pauperis"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

__Carolyn Patton__
Plaintiff

vs.                                         * Civil Action No. _____

__Sohlee & Stillman, LLC__
Defendant

\*\*\*\*\*\*

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, __C. Patton__, declare that I am the plaintiff in the above-entitled case. I understand that the filing fee for most civil suits is $350.00. In support of my motion to proceed without being required to prepay the filing fee and other costs, I state that: (1) because of my poverty I am unable to pay such fee and costs, or give security therefor; and (2) I believe I am entitled to relief in this proceeding. The nature of my complaint is briefly stated as follows (employment discrimination, Social Security, civil rights, or other):

In further support of this motion, I answer the following questions:

1. Are you presently employed?

   ☑ Yes   ☐ No

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. List both gross and net (take-home) pay.

   Employer: __AACC__                    Monthly Gross: $__4186.00__
            __AACC__                     Monthly Net:   $__2,356.00__

b. If the answer is "no," state the date of last employment, the name and address of your employer, and the amount of salary or wages per month you received.

Date: _____

Employer: _____
_____

Monthly Gross: $_____
Monthly Net:   $_____

2. Have you received within the past 12 months any income from: (1) settlements, judgments, or monetary awards following compensation, or disability payments; (2) Social Security, public assistance, workers' compensation, or disability payments; (3) a business, profession or other form of self-employment; (4) rent payments, interest, or dividends; (5) retirement, annuity, pension or insurance payments; (6) gifts or inheritances; or (7) any other sources?

☐ Yes  ☑ No

Received:              Source:

$_____    _____
$_____    _____
$_____    _____
$_____    _____

Do you expect this income to continue:   ☐ Yes  ☐ No

3. Do you have any cash on hand, or money in savings or checking accounts? ☑ Yes  ☐ No

If yes, state total amount: $ 40.00

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

If yes, give value and description:

Value:         Description:

$_____    _____
$_____    _____
$_____    _____
$_____    _____

5. List creditors, including banks, mortgage companies, charge accounts, etc.:

| Creditors: | Total Debt: | Monthly Payment: |
|---|---|---|
| Exxon | $850.00 | $40.00 (if can verify) |
| Americredit (Car Payment) | $17,682.24 | $461.00 (453.85) |
| Student Loans | $87,000.00 | For Deferred/Deferred |
| Personal Debts/Miscellaneous | $8854.00 | $50.00 when I can, but haven't been able to |

6. List any major monthly expenditures not included in your answer to No. 5, such as food, insurance, utilities, rent, child support, alimony, etc.:

| Description: $287.00 | | Monthly Payment: |
|---|---|---|
| Car Insurance / School Tuition $455/$150 son & self | | $892.00 |
| BG&E (Elect)/Water | | $297.00 /$145.00 |
| Rent | | $900.00 |
| Food/Gas/Toiletries/Cable  $180.00/$80.00/$50 | | $310.00 /$165.00 |

7. Marital Status: ☑ Single  ☐ Married  ☐ Widowed  ☐ Separate/Divorced

List Persons you actually support and your relationship to them:

| Name: | Relationship: |
|---|---|
| Immanuel | Son |
| Chemalle Patton | Daughter |

8. If married, is your spouse employed? ☐ Yes  ☐ No
   If yes, how much does your spouse earn per month: Gross: $_____ Net: $_____

9. If you are a minor under age 18, what is your parents' or guardian's approximate monthly income? Gross: $_____ Net: $_____

I understand the Court will not consider my Motion unless all the questions are answered.

I declare under penalty of perjury that the information above is true and correct.

10/19/09                        Carolyn Patton
Date                            Signature